```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ELEANOR PERRINS,                                                       :
                                                                       :
                              Appellant,                               :
                                                                       :          21 Civ. 8501 (JPC)
              -v-                                                      :
                                                                       :             ORDER
GARRETSON RESOLUTION GROUP, INC.,                                      :
                                                                       :
                              Appellee.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On January 30, 2023, Appellant entered a notation on the docket requesting an extension of time to file a brief in support of her appeal.  *See* Jan. 30, 2023 Docket Entry.  The request is granted.  Appellant may file any brief in support of her appeal, and in response to Appellee's brief by March 13, 2023.  Appellee may file a sur-reply in response to Appellant's submission by March 20, 2023.

      SO ORDERED.

Dated: February 28, 2023
       New York, New York
                                                        JOHN P. CRONAN
                                                   United States District Judge